**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 8, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00108-CV

---

### IN RE BRIGHT HEALTH MANAGEMENT, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**455th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-23-008361**

---

## MEMORANDUM OPINION

The Court has considered relator Bright Health Management, Inc.'s petition for writ of mandamus and emergency motion to stay and is of the opinion that relief should be denied. Accordingly, the petition and the emergency motion are denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.